KATHLEEN A. KENEALY
Acting Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
PETER H. KAUFMAN, State Bar No. 52038
Deputy Attorney General
JAMES G. WAIAN, State Bar No. 152084
Deputy Attorney General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9335
 Fax: (619) 645-2271
 E-mail: James.Waian@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY C. FLYNT, HAIG KELEGIAN, SR., and HAIG T. KELEGIAN, JR.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KATHLEEN A. KENEALY, in her official capacity as ACTING ATTORNEY GENERAL of CALIFORNIA, WAYNE QUINT, JR., in his official capacity as the CHIEF of the CALIFORNIA DEPARTMENT OF JUSTICE, BUREAU of GAMBLING CONTROL, an agency of the STATE of CALIFORNIA, and JIM EVANS, LAUREN HAMMOND, and TRANG TO, in their official capacities as members of the CALIFORNIA GAMBLING CONTROL COMMISSION, an agency of the STATE of CALIFORNIA,**<br><br>Defendants. | Case No. 2:16-cv-02831-JAM-EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>Courtroom: 6<br>Judge:   The Honorable John A. Mendez<br>Trial Date:  None Set<br>Action Filed:  November 30, 2016 |

WHEREAS, defendants Kathleen A. Kenealy, in her official capacity as Acting Attorney

1

General of California, Wayne Quint, Jr., in his official capacity as the Chief of the California Department of Justice, Bureau of Gambling Control, and Jim Evans, Lauren Hammond, and Trang To, in their official capacities as members of the California Gambling Control Commission (collectively, Defendants), intend to file a motion to dismiss Plaintiffs' Complaint for Declaratory and Injunctive Relief pursuant to Rule 12 of the Federal Rules of Civil Procedure; and

WHEREAS, on December 22, 2016, counsel for plaintiffs Larry C. Flynt, Haig Kelegian, Sr., and Haig Kelegian, Jr. (collectively, Plaintiffs) and counsel for Defendants stipulated and agreed that, pursuant to Local Rule 144(a), the time for Defendants to respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief be extended for twenty-eight days to January 26, 2017; and

WHEREAS, counsel for Plaintiffs and counsel for Defendants have initiated the meet and confer process for Defendants' motion to dismiss, as required by the Court's standing order, but due to the unavoidable unavailability of counsel for Plaintiffs due to a family illness, the meet and confer conference scheduled for January 20, 2017, was cancelled, and must be postponed until Tuesday, January 24, 2017, less than five days prior to the last day for filing Defendants' motion to dismiss.

For all the foregoing reasons, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the time for Defendants to respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief be extended for five days to January 31, 2017, to allow counsel for the parties to complete the meet and confer process for Defendants' proposed motion to dismiss.

| | |
|---|---|
| Dated:  January 23, 2017 | Respectfully submitted, |
| | KATHLEEN A. KENEALY<br>Acting Attorney General of California<br>SARA J. DRAKE<br>Senior Assistant Attorney General<br>PETER H. KAUFMAN<br>Deputy Attorney General |
| | /s/  James G. Waian |
| | JAMES G. WAIAN<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated:  January 23, 2017 | LIPSITZ GREEN SCIME CAMBRIA LLP<br>PAUL J. CAMBRIA, JR.<br>ERIN E. MCCAMPBELL |
| | /s/  Paul J. Cambria, Jr.<br>(as authorized on January 21, 2017) |
| | PAUL J. CAMBRIA, JR.<br>LIPSITZ GREEN SCIME CAMBRIA LLP<br>*Attorneys for Plaintiffs* |

**ORDER**

Upon full consideration of the Stipulation of counsel, and for good cause shown, **IT IS HEREBY ORDERED** that the time for Defendants to respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief be extended for five days to January 31, 2017.

DATED: **1/23/2017**

/s/ John A. Mendez_____

HONORABLE JOHN A. MENDEZ