# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO BRANCH

| | |
|---|---|
| **LARRY C. FLYNT, HAIG KELEGIAN, SR., and HAIG T. KELEGIAN, JR.,**<br><br>                              Plaintiffs,<br><br>vs.<br><br>**XAVIER BECERRA, in his official capacity as ATTORNEY GENERAL of the STATE of CALIFORNIA, WAYNE QUINT, JR., in his official capacity as the CHIEF of the CALIFORNIA DEPARTMENT of JUSTICE, BUREAU of GAMBLING CONTROL, an agency of the STATE of CALIFORNIA, and JIM EVANS, LAUREN HAMMOND, TRANG TO and PAULA D. LABRIE, in their official capacities as members of the CALIFORNIA GAMBLING CONTROL COMMISSION, an agency of the STATE of CALIFORNIA,**<br><br>                              Defendants. | Case No.: 2:16-CV-02831-JAM-EFB<br><br>**ORDER** |

Upon full consideration of the Stipulation of counsel, and for good cause shown, **IT IS HEREBY ORDERED** that the hearing on Defendants' Motion to Dismiss will be extended for 14 days to May 2, 2017 at 1:30 p.m.; the time for the submission of Plaintiffs' opposition brief will be extended to April 18, 2017; and the time for the submission of Defendants' reply brief will be extended to April 27, 2017.

DATED: 3/16/2017          /s/ John A. Mendez
                          HONORABLE JOHN A. MENDEZ

- 1 -
PROPOSED ORDER FOR STIPULATION FOR EXTENSION OF TIME FOR HEARING