# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO BRANCH

LARRY C. FLYNT, HAIG KELEGIAN, SR., and HAIG T. KELEGIAN, JR.,

    Plaintiffs,

vs.

XAVIER BECERRA, in his official capacity as ATTORNEY GENERAL of the STATE of CALIFORNIA, WAYNE QUINT, JR., in his official capacity as the CHIEF of the CALIFORNIA DEPARTMENT of JUSTICE, BUREAU of GAMBLING CONTROL, an agency of the STATE of CALIFORNIA, and JIM EVANS, LAUREN HAMMOND, TRANG TO, and PAULA D. LABRIE, in their official capacities as members of the CALIFORNIA GAMBLING CONTROL COMMISSION, an agency of the STATE of CALIFORNIA,

    Defendants.

Case No.: 2:16-CV-02831-JAM-EFB

**ORDER**

Upon full consideration of the joint motion (Dkt Entry No. 37), and for good cause shown, **IT IS HEREBY ORDERED** that the deadlines for disclosure of expert witnesses be as follows:

    Rule 26(a)(2) expert witness disclosures shall be reset to December 4, 2017.

    Rule 26(a)(2)(c) supplemental or rebuttal disclosure shall be reset to December 18, 2017.

DATED: 10/23/2017          /s/ John A. Mendez_____
                                      HONORABLE JOHN A. MENDEZ

- 1 -
PROPOSED ORDER FOR JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE