IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY C. FLYNT; HAIG KELEGIAN, SR.; HAIG T. KELEGIAN, JR.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STEPHANIE K. SHIMAZU, in her official capacity as the Director of the California Department of Justice, Bureau of Gambling Control; JIM EVANS, in his official capacity as Chairman of the California Gambling Control Commission; TRANG TO, in his official capacity as Commissioner of the California Gambling Control Commission; XAVIER BECERRA, in his official capacity as Attorney General of the State of California; PAULA D. LaBRIE, in her official capacity as Commissioner of the California Gambling Control Commission; GARETH LACY, in his official capacity as Commissioner of the California Gambling Control Commission,**<br><br><br>Defendants. | 2:16-CV-02831-JAM-EFB<br><br>**ORDER** |

[PROPOSED] ORDER

1      Good cause appearing, and pursuant to the parties' Stipulation re Time to File Further

2 Amended Complaint, IT IS ORDERED that the deadline for the plaintiffs to file a further amended

3 complaint is extended from July 6, 2020 to August 6, 2020, and that the last day for the defendants

4 to file a responsive pleading is August 26, 2020.

5      IT IS SO ORDERED.

6

7 Dated:  6/18/2020

8

9                     /s/ John A. Mendez_____
                    The Honorable John A. Mendez

10                     United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER