1. ROB BONTA, State Bar No. 202668
Attorney General of California
2. SARA J. DRAKE, State Bar No. 102565
Senior Assistant Attorney General
3. T. MICHELLE LAIRD, State Bar No. 162979
Supervising Deputy Attorney General
4. JAMES G. WAIAN, State Bar No. 152084
Deputy Attorney General
   600 West Broadway, Suite 1800
   San Diego, CA 92101
   P.O. Box 85266
   San Diego, CA 92186-5266
   Telephone: (619) 738-9335
   Fax: (619) 645-2271
   E-mail: James.Waian@doj.ca.gov
*Attorneys for Defendants*

PAUL J. CAMBRIA, JR. (State Bar No. 177957)
ERIN MCCAMPBELL PARIS (*pro hac vice*)
pcambria@lglaw.com
emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202-3924
Telephone: (716) 849-1333
Fax: (716) 855-1580
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY C. FLYNT, HAIG KELEGIAN, SR., and HAIG T. KELEGIAN, JR.,**<br><br>Plaintiffs,<br><br>v.<br><br>**YOLANDA MORROW, in her official capacity as the Acting Director of the California Department of Justice, Bureau of Gambling Control; ROB BONTA, in his official capacity as Attorney General of the State of California; PAULA D. LaBRIE, in her official capacity as Chair of the California Gambling Control Commission; ERIC C. HEINS, in his official capacity as Commissioner of the California Gambling Control Commission; EDWARD YEE, in** | 2:16-cv-02831-JAM-JDP<br><br>**STIPULATION TO EXTEND DATES AND DEADLINES; ORDER**<br><br>Courtroom: 6<br>Judge: The Honorable John A. Mendez<br>Trial Date: February 7, 2022<br>Action Filed: November 30, 2016 |

| | |
|---|---|
| 1 | **his official capacity as Commissioner of the California Gambling Control Commission;** |
| 2 | **CATHLEEN GALGIANI, in her official capacity as Commissioner of the California** |
| 3 | **Gambling Control Commission,** |
| 4 | Defendants. |

Plaintiffs Larry C. Flynt, Haig Kelegian, Sr., and Haig T. Kelegian, Jr. (Plaintiffs), and Defendants Yolanda Morrow, in her official capacity as the Acting Director of the California Department of Justice, Bureau of Gambling Control, Rob Bonta, in his official capacity as Attorney General of the State of California, Paula D. LaBrie, in her official capacity as Chair of the California Gambling Control Commission, Eric C. Heins, in his official capacity as Commissioner of the California Gambling Control Commission, Edward Yee, in his official capacity as Commissioner of the California Gambling Control Commission, and Cathleen Galgiani, in her official capacity as Commissioner of the California Gambling Control Commission (Defendants)[1] (collectively, the Parties), through their respective counsel of record, agree and stipulate as follows:

On February 18, 2020, the Court issued the Status (Pre-trial Scheduling) Order (the Order), setting certain dates and deadlines for litigation of the First Amended Complaint with the first deadlines set for approximately seven months after issuance of the Order. (*See* Docket 49.) On September 21, 2020, the Parties requested an extension of the dates and deadlines in this litigation. (*See* Docket 61.) The Court issued a minute order granting that request on September 22, 2020. (*See* Docket 62.) On January 14, 2021, the Court entered an order granting in part and

---

[1] Rule 25 of the Federal Rules of Civil Procedure requires the automatic substitution of a public officer who is a party to a pending case and who ceases to hold office while the case is pending. No motion or court order is required to effect the substitution. Fed. R. Civ. P. 25(d). The caption in this case previously referred to Gareth Lacy, a defendant in this case in his official capacity only as Commissioner of the California Gambling Control Commission. Mr. Lacy left his position on February 23, 2021 and ceases to hold office with the Commission. Edward Yee and Cathleen Galgiani assumed office as Commissioners on March 4, 2021 and April 30, 2021, respectively. Pursuant to Rule 25, subsection (d), of the Federal Rules of Civil Procedure, Mr. Lacy has been removed from the caption in this case and Mr. Yee and Ms. Galgiani have been added. In addition, Rob Bonta assumed office as Attorney General of the State of California on April 23, 2021. Pursuant to Rule 25, subsection (d), Mr. Bonta has been added to the caption and former Attorney General Xavier Becerra has been removed. Finally, Yolanda Morrow is now Acting Director of the California Department of Justice, Bureau of Gambling Control, succeeding Stephanie K. Shimazu. Pursuant to Rule 25, subsection (d), Ms. Morrow has been added to the caption and Ms. Shimazu has been removed.

denying in part Defendants' motion to dismiss the Second Amended Complaint. (*See* Docket 67.) Because the Court's January 14, 2021 order dismissed two of the three counts in the Second Amended Complaint and altered the issues to be litigated, and due to the unavoidable delays associated with conducting discovery during the COVID-19 pandemic, on February 9, 2021, the Parties requested an extension of the remaining dates and deadlines set in the September 22, 2020 minute order. (*See* Docket 70.) The Court issued a minute order granting that request on February 10, 2021. (*See* Docket 71.)

That same day, on February 10, 2021, plaintiff Larry C. Flynt passed away. Defendants filed a Statement Noting the Death of Plaintiff Larry C. Flynt on February 19, 2021. (*See* Docket 72.) On May 10, 2021, counsel for the remaining Plaintiffs filed a Motion To Substitute Elizabeth Flynt as Plaintiff (Motion To Substitute). (*See* Docket 73.) The hearing on the Motion To Substitute is scheduled for July 27, 2021. Because of the unforeseen event of the passing of Mr. Flynt, and due to the pending Motion To Substitute, the Parties respectfully request an extension of the remaining dates and deadlines set in the February 10, 2021 minute order. The extension will provide time for the Court to rule on the Motion To Substitute and, following that ruling, enable the Parties to conduct discovery targeting the matters at issue resulting from the Court's ruling on the Motion To Substitute.

To this end, the Parties propose the following new dates and deadlines:

|  | Current: | Proposed: |
|---|---|---|
| Joint Mid-Litigation Statement Filing Deadline: | 6/11/2021 | 11/10/2021 |
| Discovery Cutoff Date: | 6/25/2021 | 11/24/2021 |
| Dispositive Motion Filing Deadline: | 8/6/2021 | 1/7/2022 |
| Dispositive Motion Hearing: | 9/28/2021 | 3/1/2022 (1:30 PM) |
| Final Pretrial Conference: | 11/19/2021 | 4/22/2022 (10:00 AM) |
| Jury/Bench Trial: | 2/7/2022 | 7/11/2022 (9:00 AM) |

For all the foregoing reasons, the Parties respectfully request that the Court extend the remaining dates and deadlines as set forth above.

| | | |
|---|---|---|
| 1 | Dated: May 13, 2021 | ROB BONTA<br>Attorney General of California<br>SARA J. DRAKE<br>Senior Assistant Attorney General<br>T. MICHELLE LAIRD<br>Supervising Deputy Attorney General |

*/s/* James G. Waian

JAMES G. WAIAN
Deputy Attorney General
*Attorneys for Defendants*

Dated: May 13, 2021              LIPSITZ GREEN SCIME CAMBRIA LLP


By:   */s/* Paul J. Cambria, Jr.

Paul J. Cambria, Jr.
*Attorneys for Plaintiffs*

**ORDER**

Pursuant to the stipulation entered by and between Plaintiffs Larry C. Flynt, Haig Kelegian, Sr., and Haig T. Kelegian, Jr., and Defendants Yolanda Morrow, in her official capacity as the Acting Director of the California Department of Justice, Bureau of Gambling Control, Rob Bonta, in his official capacity as Attorney General of the State of California, Paula D. LaBrie, in her official capacity as Chair of the California Gambling Control Commission, Eric C. Heins, in his official capacity as Commissioner of the California Gambling Control Commission, Edward Yee, in his official capacity as Commissioner of the California Gambling Control Commission, and Cathleen Galgiani, in her official capacity as Commissioner of the California Gambling Control Commission, the Court vacates the dates and deadlines set in the Court's February 10, 2021 minute order, and the Court sets the following new dates and deadlines:

| | |
|---|---|
| Joint Mid-Litigation Statement Filing Deadline: | 11/10/2021 |
| Discovery Cutoff Date: | 11/24/2021 |
| Dispositive Motion Filing Deadline: | 1/7/2022 |
| Dispositive Motion Hearing: | 3/1/2022, at 1:30 PM |
| Final Pretrial Conference: | 4/22/2022, at 10:00 AM |
| Jury/Bench Trial: | 7/11/2022, at 9:00 AM |

Dated: May 13, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE