# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| ELIZABETH FLYNT, HAIG KELEGIAN, SR., and HAIG T. KELEGIAN, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; NATHAN DaVALLE, in his official capacity as the Acting Director of the California Department of Justice, Bureau of Gambling Control; PAULA D. LaBRIE, in her official capacity as Chair of the California Gambling Control Commission; ERIC C. HEINS, in his official capacity as Commissioner of the California Gambling Control Commission; EDWARD YEE, in his official capacity as Commissioner of the California Gambling Control Commission, CATHLEEN GALGIANI, in her official capacity as Commissioner of the California Gambling Control Commission; WILLIAM LIU, in his official capacity as Commissioner of the California Gambling Control Commission,<br><br>Defendants. | CIVIL CASE NO. 2:16-CV-2831 JAM JDP<br><br>**ORDER** |

Pursuant to the stipulation ("Stipulation") entered into by and between Plaintiffs Elizabeth Flynt, Haig Kelegian, Sr., and Haig T. Kelegian, Jr. ("Plaintiffs"), and Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, Nathan DaValle, in his official capacity as the Acting Director of the California Department of Justice, Bureau of Gambling Control; Paula D. LaBrie, in her official capacity as Chair of the California Gambling Control Commission, Eric C. Heins, in his official capacity as Commissioner of the California Gambling Control Commission, Edward Yee, in his official capacity as Commissioner of the

California Gambling Control Commission, Cathleen Galgiani, in her official capacity as Commissioner of the California Gambling Control Commission, and William Liu, in his official capacity as Commissioner of the California Gambling Control Commission ("Defendants") (collectively, the "Parties"), the Court vacates the dates and deadlines set in the Court's May 14, 2021 order, and the Court sets the following new dates and deadlines:

| | |
|---|---|
| Joint Mid-Litigation Statement Filing Deadline: | 3/11/2022 |
| Discovery Cutoff Date: | 3/25/2022 |
| Dispositive Motion Filing Deadline: | 5/6/2022 |
| Dispositive Motion Hearing: | 6/28/2022 |
| Final Pretrial Conference: | 8/26/2022 at 11:00 AM |
| Jury Trial: | 11/14/2022 at 9:00 AM |

      Having reviewed the foregoing Stipulation, and good cause appearing therefore:

      The Court authorizes the filing of the Third Amended Complaint, a copy of which is attached hereto as Exhibit A and that will become Plaintiffs' operative complaint in this action upon its filing.

      The Court orders that Defendants' responsive pleading shall be due thirty (30) days after the Third Amended Complaint is filed.

      The Court extends the remaining dates and deadlines as set forth above.

IT IS SO ORDERED.

DATED: November 1, 2021    /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE