# EXHIBIT I

# EXHIBIT I

CALIFORNIA GAMBLING CONTROL COMMISSION
Tribal Casino Locations
Alphabetical by CASINO
as of February 16, 2022

| No. | CASINO | TRIBE | CASINO CITY | CASINO COUNTY |
|---|---|---|---|---|
| 1 | Agua Caliente Casino Palm Springs | Agua Caliente Band of Cahuilla Indians of the Agua Caliente Indian Reservation | Palm Springs | Riverside |
| 2 | Agua Caliente Casino Resort and Spa Rancho Mirage | Agua Caliente Band of Cahuilla Indians of the Agua Caliente Indian Reservation | Rancho Mirage | Riverside |
| 3 | Agua Caliente Casino Cathedral City | Agua Caliente Band of Cahuilla Indians of the Agua Caliente Indian Reservation | Cathedral City | Riverside |
| 4 | Augustine Casino | Augustine Band of Cahuilla Indians (previously listed as the Augustine Band of Cahuilla Mission Indians of the Augustine Reservation) | Coachella | Riverside |
| 5 | Barona Resort & Casino | Barona Group of Capitan Grande Band of Mission Indians of the Barona Reservation [1] | Lakeside | San Diego |
| 6 | Bear River Casino Hotel | Bear River Band of the Rohnerville Rancheria | Loleta | Humboldt |
| 7 | Black Oak Casino | Tuolumne Band of Me-Wuk Indians of the Tuolumne Rancheria of California | Tuolumne | Tuolumne |
| 8 | Blue Lake Casino & Hotel | Blue Lake Rancheria | Blue Lake | Humboldt |
| 9 | Cache Creek Casino Resort | Yocha Dehe Wintun Nation (previously listed as the Rumsey Indian Rancheria of Wintun Indians of California) | Brooks | Yolo |
| 10 | Cahuilla Casino | Cahuilla Band of Indians (previously listed as the Cahuilla Band of Mission Indians of the Cahuilla Reservation | Anza | Riverside |
| 11 | Casino Pauma | Pauma Band of Luiseno Mission Indians of the Pauma & Yuima Reservation | Pauma Valley | San Diego |
| 12 | Cher-Ae Heights Casino | Cher-Ae Heights Indian Community of the Trinidad Rancheria | Trinidad | Humboldt |
| 13 | Chicken Ranch Casino | Chicken Ranch Rancheria of Me-Wuk Indians of California | Jamestown | Tuolumne |
| 14 | Chukchansi Gold Resort & Casino | Picayune Rancheria of Chukchansi Indians of California | Coarsegold | Madera |
| 15 | Chumash Casino Resort | Santa Ynez Band of Chumash Mission Indians of the Santa Ynez Reservation | Santa Ynez | Santa Barbara |
| 16 | Colusa Casino Resort | Cachil DeHe Band of Wintun Indians of the Colusa Indian Community of the Colusa Rancheria | Colusa | Colusa |
| 17 | Coyote Valley (Shodakai Casino) | Coyote Valley Band of Pomo Indians of California | Redwood Valley | Mendocino |
| 18 | Desert Rose Casino | Alturas Indian Rancheria | Alturas | Modoc |
| 19 | Diamond Mountain Casino & Hotel | Susanville Indian Rancheria | Susanville | Lassen |
| 20 | Eagle Mountain Casino | Tule River Indian Tribe of the Tule River Reservation | Porterville | Tulare |

1

CALIFORNIA GAMBLING CONTROL COMMISSION
Tribal Casino Locations
Alphabetical by CASINO
as of February 16, 2022

| No. | CASINO | TRIBE | CASINO CITY | CASINO COUNTY |
|---|---|---|---|---|
| 21 | Elk Valley Casino | Elk Valley Rancheria | Crescent City | Del Norte |
| 22 | Fantasy Springs Resort Casino | Cabazon Band of Mission Indians | Indio | Riverside |
| 23 | Feather Falls Casino & Lodge | Mooretown Rancheria of Maidu Indians of California | Oroville | Butte |
| 24 | Garcia River Casino | Manchester Band of Pomo Indians of the Manchester Rancheria (previously listed as the Manchester Band of Pomo Indians of the Manchester-Point Arena Rancheria) | Point Arena | Mendocino |
| 25 | Gold Country Casino & Hotel | Berry Creek Rancheria of Maidu Indians of California | Oroville | Butte |
| 26 | Golden Acorn Casino & Travel Center | Campo Band of Diegueno Mission Indians of the Campo Indian Reservation | Campo | San Diego |
| 27 | Graton Resort & Casino | Federated Indians of Graton Rancheria | Rohnert Park | Sonoma |
| 28 | Hard Rock Hotel & Casino Sacramento at Fire Mountain | Enterprise Rancheria of Maidu Indians of California | Wheatland | Yuba |
| 29 | Harrah's Northern California | Buena Vista Rancheria of Me-Wuk Indians of California | Ione | Amador |
| 30 | Harrah's Resort Southern California | Rincon Band of Luiseno Mission Indians of the Rincon Reservation | Valley Center | San Diego |
| 31 | Havasu Landing Resort & Casino | Chemehuevi Indian Tribe of the Chemehuevi Reservation | Havasu Lake | San Bernardino |
| 32 | Jackson Rancheria Casino & Hotel | Jackson Band of Miwuk Indians (previously listed as the Jackson Rancheria of Me-Wuk Indians of California) | Jackson | Amador |
| 33 | Jamul Casino | Jamul Indian Village of California | Jamul | San Diego |
| 34 | Konocti Vista Casino | Big Valley Band of Pomo Indians of the Big Valley Rancheria | Lakeport | Lake |
| 35 | Lucky 7 Casino | Tolowa Dee-ni' Nation (previously listed as the Smith River Rancheria) | Smith River | Del Norte |
| 36 | Lucky Bear Casino | Hoopa Valley Tribe | Hoopa | Humboldt |
| 37 | Mono Wind Casino | Big Sandy Rancheria of Western Mono Indians of California (previously listed as the Big Sandy Rancheria of Mono Indians of California) | Auberry | Fresno |
| 38 | Morongo Casino Resort & Spa | Morongo Band of Mission Indians (previously listed as the Morongo Band of Cahuilla Mission Indians of the Morongo Reservation) | Cabazon | Riverside |
| 39 | Pala Casino Spa Resort | Pala Band of Mission Indians (previously listed as the Pala Band of Luiseno Mission Indians of the Pala Reservation) | Pala | San Diego |
| 40 | Pechanga Resort & Casino | Pechanga Band of Luiseno Mission Indians of the Pechanga Reservation | Temecula | Riverside |

| No. | CASINO | TRIBE | CASINO CITY | CASINO COUNTY |
|---|---|---|---|---|
| 41 | Pit River Casino | Pit River Tribe (includes XL Ranch, Big Bend, Likely, Lookout, Montgomery Creek and Roaring Creek Rancherias) | Burney | Shasta |
| 42 | Quechan Casino Resort | Quechan Tribe of the Fort Yuma Indian Reservation, California & Arizona | Winterhaven | Imperial |
| 43 | Rain Rock Casino | Karuk Tribe (previously listed as the Karuk Tribe of California) | Yreka | Siskiyou |
| 44 | Red Earth Casino | Torres Martinez Desert Cahuilla Indians (previously listed as the Torres-Martinez Band of Cahuilla Mission Indians of California) | Salton Sea Beach | Imperial |
| 45 | Red Fox Casino | Cahto Tribe of the Laytonville Rancheria | Laytonville | Mendocino |
| 46 | Red Hawk Casino | Shingle Springs Band of Miwok Indians, Shingle Springs Rancheria (Verona Tract) | Placerville | El Dorado |
| 47 | Redwood Hotel Casino | Yurok Tribe of the Yurok Reservation | Klamath | Del Norte |
| 48 | River Rock Casino | Dry Creek Rancheria Band of Pomo Indians (previously listed as the Dry Creek Rancheria of Pomo Indians of California) | Geyserville | Sonoma |
| 49 | Robinson Rancheria Resort & Casino | Robinson Rancheria (previously listed  as the Robinson Rancheria Band of Pomo Indians, California and the Robinson Rancheria of Pomo Indians of California) | Nice | Lake |
| 50 | Rolling Hills Casino | Paskenta Band of Nomlaki Indians of California | Corning | Tehama |
| 51 | Running Creek Casino | Habematolel Pomo of Upper Lake | Upper Lake | Lake |
| 52 | Sherwood Valley Rancheria Casino | Sherwood Valley Rancheria of Pomo Indians of California | Willits | Mendocino |
| 53 | Sho-Ka-Wah Casino | Hopland Band of Pomo Indians (formerly Hopland Band of Pomo Indians of the Hopland Rancheria) | Hopland | Mendocino |
| 54 | Soboba Casino | Soboba Band of Luiseno Indians | San Jacinto | Riverside |
| 55 | Spotlight 29 Casino | Twenty-Nine Palms Band of Mission Indians of California | Coachella | Riverside |
| 56 | Sycuan Casino & Resort | Sycuan Band of the Kumeyaay Nation | El Cajon | San Diego |
| 57 | Table Mountain Casino | Table Mountain Rancheria (previously listed as the Table Mountain Rancheria of California) | Friant | Fresno |
| 58 | Tachi Palace Casino Resort | Santa Rosa Indian Community of the Santa Rosa Rancheria | Lemoore | Kings |
| 59 | Thunder Valley Casino Resort | United Auburn Indian Community of the Auburn Rancheria of California | Lincoln | Placer |

**CALIFORNIA GAMBLING CONTROL COMMISSION**
**Tribal Casino Locations**
**Alphabetical by CASINO**
as of February 16, 2022

| No. | CASINO | TRIBE | CASINO CITY | CASINO COUNTY |
|---|---|---|---|---|
| 60 | Tortoise Rock Casino | Twenty-Nine Palms Band of Mission Indians of California | Twentynine Palms | San Bernardino |
| 61 | Twin Pine Casino & Hotel | Middletown Rancheria of Pomo Indians of California | Middletown | Lake |
| 62 | Valley View Casino & Hotel | San Pasqual Band of Diegueno Mission Indians of California | Valley Center | San Diego |
| 63 | Viejas Casino and Resort | Viejas (Baron Long) Group of Capitan Grande Band of Mission Indians of the Viejas Reservation [2] | Alpine | San Diego |
| 64 | Wanaaha Casino | Bishop Paiute Tribe (previously listed as the Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony) | Bishop | Inyo |
| 65 | Win-River Casino | Redding Rancheria | Redding | Shasta |
| 66 | Yaamava' Resort & Casino at San Manuel | Yuhaaviatam of San Manuel Nation (previously listed as San Manuel Band of Mission Indians) | Highland | San Bernardino |

**CLOSED CASINOS**

| No. | CASINO | TRIBE | CASINO CITY | CASINO COUNTY | CLOSURE DATE |
|---|---|---|---|---|---|
| 1 | Gold Bear Casino | Resighini Rancheria | Klamath | Del Norte | July 2007 |
| 2 | La Jolla Slot Arcade | La Jolla Band of Luiseno Indians (previously listed as the La Jolla Band of Luiseno Mission Indians of the La Jolla Reservation) | Pauma Valley | San Diego | August 2004 |
| 3 | La Posta Casino | La Posta Band of Diegueno Mission Indians of the La Posta Indian Reservation | Boulevard | San Diego | October 2012 |
| 4 | Santa Ysabel Casino | Iipay Nation of Santa Ysabel (formerly the Santa Ysabel Band of Diegueno Mission Indians of the Santa Ysabel Reservation) | Santa Ysabel | San Diego | February 2014 |

FOOTNOTES:
[1] The Tribe is listed as the Capitan Grande Band of Diegueno Mission Indians of California: Barona Group of Capitan Grande Band of Mission Indians of the Barona Reservation on the Federal Register Notice dated July 23, 2018.

[2] The Tribe is listed as the Capitan Grande Band of Diegueno Mission Indians of California: Viejas (Baron Long) Group of Capitan Grande Band of Mission Indians of the Viejas Reservation on the Federal Register Notice dated July 23, 2018.