# EXHIBIT J

# EXHIBIT J



## OFFICE OF THE GOVERNOR

SEP 30 2016

To the Members of the California State Assembly:

I am returning Assembly Bill 2218 without my signature.

This bill provides the owners of the Hollywood Park Casino three additional years to divest of its interest in the card club or the SLS Casino in Nevada.

The City of Champions Revitalization Project will continue to bring enormous economic benefits to Inglewood regardless of whether the cardroom is sold next year or in 2020. If our gambling laws are based on outdated policies or assumptions, we should thoughtfully examine those laws and amend them so that all participants in the industry receive the same benefits and opportunities.

Sincerely,

Edmund G. Brown Jr.