IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FLYNT, HAIG KELEGIAN, SR., and HAIG T. KELEGIAN, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; YOLANDA MORROW, in her official capacity as the Acting Director of the California Department of Justice, Bureau of Gambling Control; PAULA D. LaBRIE, in her official capacity as Chair of the California Gambling Control Commission; ERIC C. HEINS, in his official capacity as Commissioner of the California Gambling Control Commission; EDWARD YEE, in his official capacity as Commissioner of the California Gambling Control Commission; CATHLEEN GALGIANI, in her official capacity as Commissioner of the California Gambling Control Commission; WILLIAM LIU, in his official capacity as Commissioner of the California Gambling Control Commission,<br><br>Defendants. | 2:16-cv-02831-JAM-JDP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, DECLARATORY JUDGMENT, AND PERMANENT INJUNCTION**<br><br>Courtroom:   6<br>Judge:         The Honorable John A. Mendez<br>Trial Date:    November 14, 2022<br>Action Filed: November 30, 2016 |

The motion for summary judgment filed by Plaintiffs came on regularly for hearing upon notice on June 28, 2022 in Courtroom 6 of the above-entitled Court. The Court, having reviewed and considered all papers in support of and in opposition to Plaintiffs' motion, and oral argument of counsel having been received by the Court, the court finds, adjudges, and orders as follows:

1. The Court GRANTS Plaintiffs' motion for summary judgment, declares California Business and Professional Code Sections 19858 and 19858.5 unconstitutional, and permanently enjoins Defendants from enforcement of California Business and Professional Code Sections 19858 and 19858.5.

2. The Court GRANTS Plaintiffs' request for judicial notice.

3. A judgment is to be entered in favor of Plaintiffs as to Count III of the Third Amended Complaint.

**IT IS SO ORDERED.**
Dated:                              By:  _____
                                         The Honorable John A. Mendez
                                         United States District Judge