1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  SARA J. DRAKE, State Bar No. 102565
   Senior Assistant Attorney General
3  T. MICHELLE LAIRD, State Bar No. 162979
   Supervising Deputy Attorney General
4  JAMES G. WAIAN, State Bar No. 152084
   Deputy Attorney General
5    600 West Broadway, Suite 1800
     San Diego, CA 92101
6    P.O. Box 85266
     San Diego, CA 92186-5266
7    Telephone: (619) 738-9335
     Fax: (619) 645-2271
8    E-mail: James.Waian@doj.ca.gov
   *Attorneys for Defendants*
9

10                    IN THE UNITED STATES DISTRICT COURT
11                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14

15 | **ELIZABETH FLYNT, HAIG KELEGIAN, SR., and HAIG T. KELEGIAN, JR.,** | 2:16-cv-02831-JAM-JDP |
|---|---|
| Plaintiffs, | **DECLARATION OF STACEY LUNA BAXTER IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **ROB BONTA, in his official capacity as Attorney General of the State of California; YOLANDA MORROW, in her official capacity as the Acting Director of the California Department of Justice, Bureau of Gambling Control; PAULA D. LaBRIE, in her official capacity as Chair of the California Gambling Control Commission; ERIC C. HEINS, in his official capacity as Commissioner of the California Gambling Control Commission; EDWARD YEE, in his official capacity as Commissioner of the California Gambling Control Commission; CATHLEEN GALGIANI, in her official capacity as Commissioner of the California Gambling Control Commission; WILLIAM LIU, in his official capacity as Commissioner of the California Gambling Control Commission,** | Date: June 28, 2022<br>Time: 10:00 a.m.<br>Courtroom: 6<br>Judge: The Honorable John A. Mendez<br>Trial Date: November 14, 2022<br>Action Filed: November 30, 2016 |
| Defendants. | |

1

Decl. of Stacey Luna Baxter in Supp. of Defs.' Cross-Mot. Summ. J. & Opp'n to Plfs.' Mot.
Summ. J. (2:16-cv-02831-JAM-JDP)

I, Stacey Luna Baxter, declare:

1. I am the Executive Director of the California Gambling Control Commission (Commission). I make this declaration of my own personal knowledge and experience.

2. The Commission is a quasi-judicial administrative agency charged with administering California's Gambling Control Act. Cal. Bus. & Prof. Code § 19800 et seq. (GCA). The Commission's responsibilities include determining suitability for licensure as a California card room owner.

3. California law permits individuals and entities to apply for card room ownership licenses, regardless of whether the domicile or residence of the individual or entity applicant is in California or not.

4. The Commission grants licenses to card room owners if the Commission determines that the individual or entity applicant is suitable for licensure, based on the requirements and criteria contained in the GCA, including California Business and Professions Code sections 19858 and 19858.5, and the regulations promulgated thereunder.

5. The records of the Commission reveal no matter before the Commission in which the questions to be determined included whether an application for a California card room owner license should be denied under California Business and Professions Code sections 19858 or 19858.5 based on the applicant's business relationships, including, without limitation, partnerships, or corporate officer, director, or shareholder relationships, in matters unrelated to gambling, with a person or entity who separately does business with individuals or entities that own more than one percent of a business that conducts gambling prohibited in California. The Commission's records reveal that the Commission has never denied a California card room owner license application on that basis.

6. The records of the Commission reveal no matter before the Commission in which the questions to be determined included whether an application for a California card room owner license should be denied under California Business and Professions Code sections 19858 or 19858.5 based on the applicant's business relationships, including, without limitation, partnerships, or corporate officer, director, or shareholder relationships, in matters unrelated to a

2

Decl. of Stacey Luna Baxter in Supp. of Defs.' Cross-Mot. Summ. J. & Opp'n to Plfs.' Mot. Summ. J. (2:16-cv-02831-JAM-JDP)

1  California card room, with a person or entity who separately does business with individuals or
2  entities that own more than one percent of a business that conducts gambling prohibited in
3  California. The Commission's records reveal that the Commission has never denied a California
4  card room owner license application on that basis.

5  7. The records of the Commission reveal no matter before the Commission in which the
6  questions to be determined included whether an application for a California card room owner
7  license should be denied under California Business and Professions Code sections 19858 or
8  19858.5 to a California card room owner license applicant based on the failure to apply for a
9  California card room owner license by individuals or entities, who own more than one percent of
10 a business that conducts gambling prohibited in California, and who are separately doing business
11 of any kind, including, without limitation, partnerships, or corporate officer, director, or
12 shareholder relationships, with the California card room owner license applicant in matters
13 unrelated to gambling. The Commission's records reveal that the Commission has never denied a
14 California card room owner license application on that basis.

15 8. The records of the Commission reveal no matter before the Commission in which the
16 questions to be determined included whether an application for a California card room owner
17 license should be denied under California Business and Professions Code sections 19858 or
18 19858.5 to a California card room owner license applicant based on the failure to apply for a
19 California card room owner license by individuals or entities, who own more than one percent of
20 a business that conducts gambling prohibited in California, and who are separately doing business
21 of any kind, including, without limitation, partnerships, or corporate officer, director, or
22 shareholder relationships, with the California card room owner license applicant in matters
23 unrelated to a California card room. The Commission records reveal that the Commission has
24 never denied a California card room owner license application on that basis.

26  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 27, 2022   _____
**Stacey Luna Baxter**

4

Decl. of Stacey Luna Baxter in Supp. of Defs.' Cross-Mot. Summ. J. & Opp'n to Plfs.' Mot. Summ. J. (2:16-cv-02831-JAM-JDP)