1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  SARA J. DRAKE, State Bar No. 102565
   Senior Assistant Attorney General
3  T. MICHELLE LAIRD, State Bar No. 162979
   Supervising Deputy Attorney General
4  JAMES G. WAIAN, State Bar No. 152084
   Deputy Attorney General
5    600 West Broadway, Suite 1800
     San Diego, CA 92101
6    P.O. Box 85266
     San Diego, CA 92186-5266
7    Telephone: (619) 738-9335
     Fax: (619) 645-2271
8    E-mail: James.Waian@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH FLYNT, HAIG KELEGIAN, SR., and HAIG T. KELEGIAN, JR.,** <br><br>                                  Plaintiffs, <br><br> v. <br><br> **ROB BONTA, in his official capacity as Attorney General of the State of California; YOLANDA MORROW, in her official capacity as the Acting Director of the California Department of Justice, Bureau of Gambling Control; PAULA D. LaBRIE, in her official capacity as Chair of the California Gambling Control Commission; ERIC C. HEINS, in his official capacity as Commissioner of the California Gambling Control Commission; EDWARD YEE, in his official capacity as Commissioner of the California Gambling Control Commission; CATHLEEN GALGIANI, in her official capacity as Commissioner of the California Gambling Control Commission; WILLIAM LIU, in his official capacity as Commissioner of the California Gambling Control Commission,** <br><br>                                  Defendants. | 2:16-cv-02831-JAM-JDP <br><br> **DECLARATION OF YOLANDA MORROW IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date:          June 28, 2022 <br> Time:         10:00 a.m. <br> Courtroom:  6 <br> Judge:        The Honorable John A. Mendez <br> Trial Date:   November 14, 2022 <br> Action Filed: November 30, 2016 |

I, Yolanda Morrow, declare:

1. I am the Acting Director of the Bureau of Gambling Control (Bureau). I make this declaration of my own personal knowledge and experience.

2. The Bureau is an agency within the California Department of Justice, charged with administering the investigative and enforcement functions of California's Gambling Control Act. Cal. Bus. & Prof. Code § 19800 et seq. (GCA). The Bureau's responsibilities include receiving and reviewing applications for licensure as a California card room owner, conducting background investigations of California card room owner license applicants, taking enforcement actions against California card room owner licensees who are not in compliance with the GCA, and recommending to the California Gambling Control Commission whether an applicant is suitable for licensure as a California card room owner.

3. California law permits individuals and entities to apply for card room ownership licenses, regardless of whether the domicile or residence of the individual or entity applicant is in California or not.

4. The Bureau recommends suitability for licensure as a California card room owner, following review of the application and a background investigation of the applicant, if the Bureau determines that the individual or entity applicant is in compliance with the requirements and criteria contained in the GCA, including California Business and Professions Code sections 19858 and 19858.5, and the regulations promulgated thereunder.

5. The Bureau initiates enforcement actions against California card room owner licensees if they are not in compliance with the requirements of the GCA, including California Business and Professions Code sections 19858 and 19858.5, or the regulations promulgated thereunder.

6. The records of the Bureau reveal no enforcement action taken against a California card room owner licensee nor a recommendation of denial of a California card room owner license application under California Business and Professions Code sections 19858 or 19858.5, based on the licensee's or the applicant's business relationships, including, without limitation, partnerships, or corporate officer, director, or shareholder relationships, in matters unrelated to

2

Decl. of Yolanda Morrow in Supp. of Defs.' Cross-Mot. Summ. J. & Opp'n to Plfs.' Mot. Summ. J. (2:16-cv-02831-JAM-JDP)

gambling, with individuals or entities that own more than one percent of a business that conducts gambling prohibited in California.

7. The records of the Bureau reveal no enforcement action taken against a California card room owner licensee nor a recommendation of denial of a California card room owner license application under California Business and Professions Code sections 19858 or 19858.5, based on the licensee's or the applicant's business relationships, including, without limitation, partnerships, or corporate officer, director, or shareholder relationships, in matters unrelated to a California card room, with individuals or entities that own more than one percent of a business that conducts gambling prohibited in California.

8. The records of the Bureau reveal no enforcement action taken against a California card room owner licensee nor a recommendation of denial of a California card room owner license application under California Business and Professions Code sections 19858 or 19858.5, based on the failure to apply for a California card room owner license by individuals or entities, who own more than one percent of a business that conducts gambling prohibited in California, and who are separately doing business of any kind, including, without limitation, partnerships, or corporate officer, director, or shareholder relationships, with the California card room owner licensee or applicant in matters unrelated to gambling.

9. The records of the Bureau reveal no enforcement action taken against a California card room owner licensee nor a recommendation of denial of a California card room owner license application under California Business and Professions Code sections 19858 or 19858.5, based on the failure to apply for a California card room owner license by individuals or entities, who own more than one percent of a business that conducts gambling prohibited in California, and who are separately doing business of any kind, including, without limitation, partnerships, or corporate officer, director, or shareholder relationships, with the California card room owner licensee or applicant in matters unrelated to a California card room.

I declare under penalty of perjury that the foregoing is true and correct.

3

Decl. of Yolanda Morrow in Supp. of Defs.' Cross-Mot. Summ. J. & Opp'n to Plfs.' Mot. Summ. J. (2:16-cv-02831-JAM-JDP)

Executed on: May 31, 2022                                          _____
                                                                              **Yolanda Morrow**

4

Decl. of Yolanda Morrow in Supp. of Defs.' Cross-Mot. Summ. J. & Opp'n to Plfs.' Mot. Summ. J. (2:16-cv-02831-JAM-JDP)