IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH FLYNT, HAIG KELEGIAN, SR., and HAIG T. KELEGIAN, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; YOLANDA MORROW, in her official capacity as the Acting Director of the California Department of Justice, Bureau of Gambling Control; PAULA D. LaBRIE, in her official capacity as Chair of the California Gambling Control Commission; ERIC C. HEINS, in his official capacity as Commissioner of the California Gambling Control Commission; EDWARD YEE, in his official capacity as Commissioner of the California Gambling Control Commission; CATHLEEN GALGIANI, in her official capacity as Commissioner of the California Gambling Control Commission; WILLIAM LIU, in his official capacity as Commissioner of the California Gambling Control Commission,<br><br>Defendants. | 2:16-cv-02831-JAM-JDP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: June 28, 2022<br>Time: 10:00 a.m.<br>Courtroom: 6<br>Judge: The Honorable John A. Mendez<br>Trial Date: November 14, 2022<br>Action Filed: November 30, 2016 |

The noticed motion for summary judgment filed by Plaintiffs Elizabeth Flynt, Haig Kelegian, Sr., and Haig T. Kelegian, Jr. (Plaintiffs) and the noticed cross-motion for summary judgment filed by Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, Yolanda Morrow, in her official capacity as Acting Director of the California Department of Justice, Bureau of Gambling Control, Paula D. LaBrie, in her official capacity as Chair of the California Gambling Control Commission, Eric C. Heins, in his official capacity as Commissioner of the California Gambling Control Commission, Edward Yee, in his official capacity as Commissioner of the California Gambling Control Commission, Cathleen Galgiani, in her official capacity as Commissioner of the California Gambling Control Commission, and William Liu, in his official capacity as Commissioner of the California Gambling Control Commission, (Defendants), have been submitted to this Court. Having reviewed and considered all papers in support of, and in opposition to, Plaintiffs' motion and Defendants' cross-motion, the Court orders as follows:

1. The Court denies Plaintiffs' motion for summary judgment.

2. The Court grants Defendants' cross-motion for summary judgment and enters judgment in favor of Defendants.

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE JOHN A. MENDEZ
United States District Court Judge