PAUL J. CAMBRIA, JR.  (State Bar No. 177957)
ERIN MCCAMPBELL PARIS (*pro hac vice*)
    pcambria@lglaw.com
    emccampbell@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware, Suite 120
Buffalo, New York 14202-3924
Telephone: (716) 849-1333

*Attorneys for Plaintiffs*
*Elizabeth Flynt, Haig Kelegian, Sr.,*
*and Haig T. Kelegian, Jr.*

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO BRANCH

| | |
|---|---|
| ELIZABETH FLYNT, HAIG KELEGIAN, SR., and HAIG T. KELEGIAN, JR.,<br><br>                Plaintiffs,<br><br>vs.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; NATHAN DaVALLE, in his official capacity as the Acting Director of the California Department of Justice, Bureau of Gambling Control; PAULA D. LaBRIE, in her official capacity as Chair of the California Gambling Control Commission; ERIC C. HEINS, in his official capacity as Commissioner of the California Gambling Control Commission; EDWARD YEE, in his official capacity as Commissioner of the California Gambling Control Commission, CATHLEEN GALGIANI, in her official capacity as Commissioner of the California Gambling Control Commission; WILLIAM LIU, in his official capacity as Commissioner of the California Gambling Control Commission,<br><br>                Defendants. | CIVIL CASE NO. 16-CV-02831-JAM-EFB<br><br>**DECLARATION OF HAIG T. KELEGIAN, JR. IN FURTHER SUPPORT OF MOTION FOR SUMMARY JUDGMENT, PERMANENT INJUNCTION, DECLARATORY JUDGMENT** |

**DECLARATION OF HAIG T. KELEGIAN, JR.**

# DECLARATION OF HAIG T. KELEGIAN, JR.

I, Haig T. Kelegian, Jr., hereby declare and state:

1. I am a California resident and am over the age of eighteen. I have personal and first-hand knowledge of the facts set forth herein, and if called upon to testify, I could and would competently testify to the following.

2. By way of background, and as discussed more fully in my April 21, 2022 declaration, I possess California cardroom licenses due to my ownership interests in cardrooms such as Crystal Casino and Ocean's Eleven Casino. I serve on the Board of Directors of the California Gaming Association, and recently concluded a term on the Gambling Policy Advisory Committee.

3. As discussed more fully in my April 21, 2022 declaration, I am regularly offered the opportunity to invest in out-of-state casinos that operate lawfully, where located, but must turn down these lucrative investments due to California Business and Professional Code Sections 19858 and 19858.5 (the "Statutes").

4. This is not speculative or hypothetical. It is a regular occurrence with real consequences for me.

5. Notably, while Plaintiffs' Motion for Summary Judgment, Declaratory Judgment, and Permanent Injunction was pending, on May 25, 2022, I was invited to attend and attended a meeting for potential investors in a casino to be built in Nevada. This meeting was not open to the general public; rather, it was limited to individuals, like myself, who have successfully operated gambling facilities as I would be able to aid the development of this casino with not just my capital, but the knowledge and expertise I have developed from spending several decades in the gambling industry operating cardrooms, and serving on the leadership committees of regulatory and trade groups.

6. I am very interested in participating in this investment opportunity, but will be unable to do so, as long as the Statutes remain in effect.

**DECLARATION OF HAIG T. KELEGIAN, JR.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this June 14, 2022 at **NEWPORT COAST** California.

_____
HAIG T. KELEGIAN, JR.