## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                          **JUDGMENT IN A CIVIL CASE**

**HAIG KELEGIAN SR., ET AL.,**

                                          CASE NO: **2:16−CV−02831−JAM−JDP**

              v.

**BUREAU OF GAMBLING CONTROL, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 08/11/22**

                                                **Keith Holland**
                                                Clerk of Court

ENTERED: **August 11, 2022**

                                  by: /s/ A. Benson
                                                Deputy Clerk