UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Eastern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 16-CV-2831

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 11/31/2016

Date of judgment or order you are appealing: 08/11/2022

Docket entry number of judgment or order you are appealing: 67, 100, 101

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Elizabeth Flynt, Haig Kelegian, Sr., Haig T. Kelegian, Jr.

Is this a cross-appeal?   ◯ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ⦿ Yes   ◯ No

If yes, what is the prior appeal case number? 17-17318

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/Paul J. Cambria, Jr.          **Date** 9/6/2022

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                                          *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Elizabeth Flynt, Haig Kelegian, Sr., Haig T. Kelegian, Jr.

Name(s) of counsel (if any):

Paul J. Cambria, Jr., Erin McCampbell Paris

Address: 42 Delaware Ave., Buffalo, New York 14202

Telephone number(s): 716-849-1333

Email(s): pcambria@lglaw.com; eparis@lglaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Rob Bonta, Yolanda Morrow, Paula D. LaBrie, Eric C. Heins, Edward Yee, Cathleen Galgiani, William Liu

Name(s) of counsel (if any):

Rob Bonta, Sara J. Drake, T. Michelle Laird, James G. Waian

Address: 600 West Broadway, Suite 1800, San Diego, CA 92101

Telephone number(s): 619-738-9335

Email(s): James.Waian@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                      1                              New 12/01/2018